IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HENRY JOSEPH LANERI, III**                                                           **PLAINTIFF**

v.                                          **CAUSE NO. 1:14CV233-LG-JCG**

**CHRISTOPHER EPPS, et al.**                                                   **DEFENDANTS**

## JUDGMENT

Having disposed of all remaining claims pending before the Court,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of Defendants.  This action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that this dismissal counts as a "strike" under 28 U.S.C. § 1915.

**SO ORDERED AND ADJUDGED** this the 11th day of March, 2015.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE